**STATE of Missouri, Respondent,**

v.

**Theodis COKER, Appellant.**

**No. WD 38229.**

Missouri Court of Appeals, Western District.

March 17, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of unlawful use of a weapon, § 571.030.1(1) RSMo 1986, and sentence of four years' imprisonment.

Affirmed. Rule 30.25(b).